IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-25-MJ-2178-MAT |
| Plaintiff, | § § § | |
| v. | § § | Count 1: 8 U.S.C. § 1325(a)(1) – Improper Entry by Alien. |
| REMY ALEXANDER CARDENA-ROCCA, | § § § § | |
| Defendant. | § § | |

**FILED**
2025 JUN 20  AM 10: 06
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## AMENDED INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

On or about May 4, 2025, in the Western District of Texas, Defendant,

**REMY ALEXANDER CARDENA-ROCCA,**

who was then and there an alien, did knowingly and unlawfully enter and attempt to enter the United States at a time and place other than designated by immigration officials of the United States for the entrance of immigrants into the United Staes, in violation of Title 8, United States Code, Section 1325(a)(1).

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
ANDRES ORTEGA
Assistant U.S. Attorney
Texas Bar No. 24048700
700 E. San Antonio Ave., Suite 200
El Paso, Texas 79901
Tel: (915) 534-6884
Fax: (915) 534-3461